MARTHA EPSTEIN and MORRIS L. EPSTEIN, Plaintiffs, v. NATIONAL TRANSPORTATION CO., INC., Respondent, Impleaded with Another, Defendant, and DIXIE CAB CORP. and SAMUEL FEINGOLD, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

REPUBLIC CHEMICAL CORPORATION, Respondent, v. EMILE J. LUSTER, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROSE KAPLAN, Respondent, v. ASSICURAZIONI GENERALI, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX BUXBAUM and Others, Respondents, v. ASSICURAZIONI GENERALI, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

PATRICK REILLY, Respondent, v. AUSTIN HOGAN, as President, and GUSTAVE FABER, as Secretary-Treasurer, of Local 100, Transport Workers Union of America, Affiliated with the Congress of Industrial Organizations, C. I. O., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

PETER SCHNEIDER and Others, Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment and order, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Glennon, J., dissent. [178 Misc. 238.]

THOMAS W. MORRELL, on Behalf of Himself and All Other Persons Similarly Situated, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Judgment and order unanimously reversed, with costs, and the complaint dismissed, with costs, on the authority of Spencer v. Kaplan (233 App. Div. 656) and Matter of O' Keefe v. Clark (238 id. 175). Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LILLIAN ETHEL RODRIGUEZ, Appellant, v. 724 NINTH AVENUE CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present —Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN RABINOWITZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GEORGE M. WALZ, Appellant, v. ETHEL M. WALZ, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J. Townley, Glennon, Cohn and Callahan, JJ.

ROSE KAPLAN, Appellant, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Also Known as the FRENCH LINE, Respondent.— Determination unanimously affirmed,